UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.M., a minor<br>by his mother and next of friend,<br>DOLORES MCNEILL<br><br>and<br><br>DOLORES MCNEILL,<br><br>         Plaintiffs,<br>   v.<br><br>DISTRICT OF COLUMBIA<br><br>and<br><br>CLIFFORD B. JANEY<br><br>and<br><br>HYDE LEADERSHIP PUBLIC CHARTER<br>SCHOOL,<br><br>         Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No: 1:06CV01497 |

### ORDER

Upon consideration of Defendant Hyde's Motion to Dismiss, it is this _____ day of _____, 2006, hereby

ORDERED, that the Defendant's motion is GRANTED.

It is FURTHER ORDERED, that the Plaintiff's complaint is dismissed with prejudice.

_____
Reggie B. Walton
United States District Court Judge