# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| E.M., a minor<br>by his mother and next of friend,<br>DOLORES MCNEILL | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DOLORES MCNEILL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | Case No: 1:06CV01497 |
| | ) | |
| and | ) | |
| | ) | |
| CLIFFORD B. JANEY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HYDE LEADERSHIP PUBLIC CHARTER<br>SCHOOL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## <u>ORDER</u>

Upon consideration of Defendant Hyde's Motion to Dismiss, it is this _____

day of _____, 2006, hereby

ORDERED, that the Defendant's motion is GRANTED.

It is FURTHER ORDERED, that the Plaintiff's complaint is dismissed with

prejudice.


_____
Reggie B. Walton
United States District Court Judge