UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.M., a minor )<br>by his mother and next of friend, )<br>DOLORES MCNEILL )<br>)<br>and )<br>)<br>DOLORES MCNEILL, )<br>)<br>      Plaintiffs, )<br>  v. )<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>and )<br>)<br>CLIFFORD B. JANEY )<br>)<br>and )<br>)<br>HYDE LEADERSHIP PUBLIC CHARTER )<br>SCHOOL, )<br>)<br>      Defendants. )<br>_____ ) | Case No: 1:06CV01497 |

**ORDER**

Upon consideration of Defendant Hyde's Motion to Dismiss, it is this \_\_\_\_\_ day of _____, 2006, hereby

ORDERED, that the Defendant's motion is GRANTED.

It is FURTHER ORDERED, that the Plaintiff's complaint is dismissed with prejudice.

_____
Reggie B. Walton
United States District Court Judge