## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| E.M., a minor<br>by his mother and next friend,<br>**DOLORES MCNEILL**<br><br>    Plaintiffs,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civ. No. 06-1497 (RBW)<br>:<br>:<br>:<br>:<br>: |

## DEFENDANTS DISTRICT OF COLUMBIA AND CLIFFORD B. JANEY'S MOTION TO DISMISS

Defendants District of Columbia and Clifford B. Janey, by counsel, and pursuant to Fed. R. Civ. P. 12(b)(1), hereby move this Court to dismiss the complaint for lack of subject matter jurisdiction.

The reasons for the motion are set forth in the accompanying memorandum of points and authorities. A proposed order is also submitted herewith.

                                                                  Respectfully submitted,

                                                                  ROBERT J. SPAGNOLETTI
                                                                  Attorney General for the
                                                                  District of Columbia

                                                                  GEORGE C. VALENTINE
                                                                  Deputy Attorney General
                                                                  Civil Litigation Division

                                                                  **/s/ Edward P. Taptich**
                                                                  EDWARD P. TAPTICH [#012914]
                                                                  Chief, Equity Section II

2

|  |  |
|---|---|
| September 18. 2006 | **/s/ Carol E. Burroughs** <br> CAROL E. BURROUGHS [#415432] <br> Assistant Attorney General <br> 441 Fourth Street, N.W. <br> Sixth Floor South <br> Washington, D.C. 20001 <br> (202) 724-6520 <br> E-mail: carol.burroughs@dc.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **E.M., a minor** <br> **by his mother and next friend,** <br> **DOLORES MCNEILL** <br> <br> **Plaintiffs,** <br> <br> v. <br> <br> **DISTRICT OF COLUMBIA, et al.,** <br> <br> **Defendants.** | : <br> : <br> : <br> : <br> : <br> : <br> : **Civ. No. 06-1497 (RBW)** <br> : <br> : <br> : <br> : <br> : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DISTRICT OF COLUMBIA AND CLIFFORD B. JANEY'S MOTION TO DISMISS**

**PRELIMINARY STATEMENT**

On or about September 8, 2006, Defendant District of Columbia was served with a complaint. In reviewing the court's electronic filing system, counsel for the District of Columbia and Clifford B. Janey[1] discovered Defendant Hyde Leadership Public Charter School's (hereinafter "Hyde") Motion to Dismiss For Failure to Timely File, dated September 13, 2006. For reasons stated below, these Defendants support Defendant Hyde's motion and also move to dismiss the complaint against them as well.

**ARGUMENT**

These Defendants agree with all facts and arguments stated in Hyde's Motion; and hereby adopt and incorporate them by reference herein.

---

[1] The Office of the Attorney General does not yet know whether either the Mayor or Clifford B. Janey has been served; but assume that they have or will be timely served.

## CONCLUSION

Given that plaintiffs have failed to timely file the complaint, this court lacks subject matter jurisdiction to hear the claims presented and must dismiss the complaint. *See, e.g.*, Tyler v. District of Columbia, 2006 U.S. Dist. LEXIS 48274, (D.D.C. July 18, 2006), T.T. v. District of Columbia, 2006 U.S. Dist. LEXIS 42739, *7-8 (D.D.C. June 26, 2006).

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

**/s/ Carol E. Burroughs**
CAROL E. BURROUGHS [#415432]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6520
carol.burroughs@dc.gov

September 18, 2006

2