**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **E.M., a minor**<br>**by his mother and next friend,**<br>**DOLORES MCNEILL** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civ. No. 06-1497 (RBW)** |
| | : | |
| **DISTRICT OF COLUMBIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of Defendants District of Columbia and Clifford B. Janey's

Motion to Dismiss, any responses thereto, and the record herein, it is

ORDERED that Defendants Motion is GRANTED; and it is further

ORDERED that the Complaint is dismissed with prejudice as to these

Defendants..

.

                                    _____
                                    United States District Judge