UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **E.M., a minor** * <br> **by his mother and next friend,** * <br> **DOLORES MCNEILL** * <br>                                               * <br>            **Plaintiff**                     * <br>                                               * <br>            **v.**                             * <br>                                               * <br> **DISTRICT OF COLUMBIA, et al**     * <br>                                               * <br>            **Defendants**                 * | Civil Action No. 06-1497 (RBW) |

**PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The Plaintiff, by and through its undersigned counsel, respectfully requests that the Court grant it an additional seven (7) days to file an opposition to Defendants' Motion to Dismiss Plaintiff's Complaint. In support thereof, the Plaintiff states as follows:

1. That Plaintiff filed a complaint in the above captioned matter and a motion to dismiss was filed by Defendant Hyde Leadership Public Charter School and the District of Columbia premised on Plaintiff's alleged failure to timely file her complaint.

2. That Plaintiff's response in opposition to Defendants' motion to dismiss is due on Monday September 25, 2006.

3. That Plaintiff cannot file her opposition by the due date because of Plaintiff's counsel schedule.

1

4.     That an extension of time within which to file a response to Defendants' motion to dismiss is necessary because Plaintiff intends to oppose the motion to dismiss her complaint.

5.     The Plaintiff submits that no party would be prejudiced by the requested extension of time. Moreover, counsel for Defendant District of Columbia consents to the relief requested herein. Undersigned counsel attempted to obtain consent of counsel for Hyde Leadership Public Charter School prior to filing this motion but she was not available.

WHEREFORE, Plaintiff, Delores McNeill and E.M., respectfully request that this Honorable Court grant a seven-day extension of time, up to and including Monday, October 2, 2006, to file a response to the motion to dismiss in this matter.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.


_____/s/*Jude Iweanoge*/s/_____
Jude C. Iweanoge (DCB#493241)
1010 Vermont Avenue, NW
Suite 600
Washington, DC  20005
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.M., a minor<br>by his mother and next friend,<br>DOLORES MCNEILL<br><br>　　　　Plaintiff<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, et al<br><br>　　　　Defendants | *<br>*<br>*<br>*<br>*<br>*　Civil Action No. 06-1497 (RBW)<br>*<br>*<br>*<br>*<br>* |

### POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITON TO MOTION TO DISMISS

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 12

3. The interest of justice and the record herein.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　THE IWEANOGES' FIRM, P.C.


　　　　　　　　　　　　　　　　　　　_____/s/*Jude Iweanoge*/s/_____
　　　　　　　　　　　　　　　　　　　Jude C. Iweanoge (DCB#493241)
　　　　　　　　　　　　　　　　　　　1010 Vermont Avenue, NW
　　　　　　　　　　　　　　　　　　　Suite 600
　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　Phone: (202) 347-7026
　　　　　　　　　　　　　　　　　　　Fax: (202) 347-7108
　　　　　　　　　　　　　　　　　　　Email: jci@iweanogesfirm.com
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff