## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| E.M., a minor by his mother and next friend, DELORES MCNEILL *Plaintiff* | * * * * |
| v. | *    Case Number: 1:06CV1497 |
| DISTRICT OF COLUMBIA, *et al* Defendant(s) | * * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PLAINTIFF'S MOTION TO DISMISS**

COMES NOW, the Plaintiffs, E.M. et al., by their attorneys Jude C. Iweanoge and THE IWEANOGES' FIRM, P.C., request that the Court dismiss the above captioned matter. Undersigned counsel contacted counsel for Hyde Leadership Public Charter School prior to filing this motion but she does not consent to this motion as styled. In addition, undersigned counsel attempted to obtain consent of counsel for District of Columbia prior to filing this motion but she was not available.

                Respectfully submitted,
                THE IWEANOGES' FIRM, P.C.

        By:    /s/judeciweanoge/s/
                Jude C. Iweanoge
                1010 Vermont Avenue, Suite 600
                Washington, D.C. 20005
                Phone: (202) 347-7026
                Fax: (202) 347 – 7108
                Email: jci@iweanogesfirm.com

## **CERTIFICATE OF SERVICE**

I certify that on September 29, 2006, a copy of the foregoing Plaintiff's Motion to Dismiss was filed via electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to Defendants' counsel.

                      /s/judeciweanoge/s/
                      Jude C. Iweanoge