UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.M., a minor )<br>by his mother and next of friend, )<br>DOLORES MCNEILL )<br>    )<br>        Plaintiff )<br>    v. )<br>    )    Case No: 1:06CV1497<br>DISTRICT OF COLUMBIA, et al. )<br>    )<br>    )<br>        Defendants )<br>_____) | |

**DEFENDANT HYDE'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS**

Defendant Hyde Public Charter School, through counsel, hereby responds to Plaintiff's Motion to Dismiss.  In that motion, Plaintiff fails to state that the Motion to Dismiss is with prejudice.

**THE MOTION TO DISMISS MUST BE MADE WITH PREJUDICE**

As Plaintiff states in its motion, its counsel contacted counsel for Hyde in order to obtain consent to dismissal, but counsel could not consent to the motion as styled. According to Rule 41 of the Federal Rules of Civil Procedure, where a plaintiff voluntarily dismisses a complaint, unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice.

On September 13, 2006, Hyde filed a Motion to Dismiss for Failure to Timely File.  In this motion, Hyde asked the complaint to be dismissed with prejudice.  As such, a court ruling in favor of Hyde would be dispositive of this matter.  Therefore, Hyde opposes Plaintiff's Motion to Dismiss without prejudice so long as Hyde's motion to dismiss is still outstanding.

Respectfully submitted,


**/s/ Ellen Douglass Dalton**
Ellen Douglass Dalton, Esq.
Counsel for Defendant Hyde
D.C. Bar No. 411612
Dalton, Dalton, & Houston P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
(703) 739-2323