UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                    )
E.M., a minor by his mother         )
and next friend, DELORES MCNEILL,   )
                                    )
              Plaintiff,            )
                                    )
       v.                           )    Civil Action No. 06-1497 (RBW)
                                    )
DISTRICT OF COLUMBIA, et al.,       )
                                    )
              Defendants.           )
                                    )
_____)
```

**ORDER**

Currently before the Court is the plaintiff's motion to voluntarily dismiss this action against defendants District of Columbia, Superintendent Clifford Janey, and Hyde Public Charter Schools ("Hyde"). Federal Rule of Civil Procedure 41(a) states that a plaintiff may voluntarily dismiss a case without prejudice "at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." Fed. R. Civ. P. 41(a)(1). Neither the District of Columbia nor Superintendent Janey have filed an answer or a motion for summary judgment, and so the plaintiff may voluntarily dismiss his action against these defendants as of right. See 3D Moore's Federal Practice § 41.21[3][a] (2006) ("A voluntary dismissal may be taken against fewer than all defendants.") (citations omitted). Hyde, however, filed an answer to the plaintiff's complaint on September 13, 2006, the same day on which it moved to dismiss the complaint on the grounds that the plaintiff had failed to timely appeal the hearing officer's determination at issue in this case. Therefore, the plaintiff may not voluntarily dismiss his action without prejudice against Hyde unless Hyde so stipulates, which it has not done. See Fed. R.

Civ. P. 41(a)(1) (stating that "an action may be dismissed by the plaintiff without order of court . . . by filing a stipulation of dismissal signed by all parties who have appeared in the action"); Defendant Hyde's Response to Plaintiff's Motion to Dismiss at 1 (stating that "Hyde opposes Plaintiff's Motion to Dismiss without prejudice so long as Hyde's motion to dismiss [with prejudice] is still outstanding").  Accordingly, it is hereby

**ORDERED** that the plaintiff's motion to dismiss is GRANTED IN PART and DENIED IN PART.  The actions against defendants District of Columbia and Superintendent Janey are therefore dismissed without prejudice.  It is further

**ORDERED** that the plaintiff shall respond to Hyde's pending motion to dismiss by October 20, 2006.  If the plaintiff fails to file a response by this date, the Court shall treat the pending motion as conceded and enter judgment in favor of Hyde.

**SO ORDERED** this 4th day of October, 2006.

                                        REGGIE B. WALTON
                                        United States District Judge