**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| E.M., et al * | |
|     Plaintiffs * | |
| * | **Civil Action No: 06-1497 (RBW)** |
| v. * | |
| * | |
| DISTRICT OF COLUMBIA, et al * | |
|     Defendants(s) * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' RESPONSE TO DEFENDANT HYDE'S MOTION TO DISMISS**

COMES NOW, the Plaintiffs, Dolores McNeill and E.M., a minor, by and through their attorneys Jude C. Iweanoge, Esquire and THE IWEANOGES' FIRM, P.C. and respectfully requests this Honorable Court to dismiss Plaintiffs' complaint for lack of jurisdiction.

Upon review of the record and Defendant's motion to dismiss, Plaintiff's complaint is untimely and as such the Court lacks jurisdiction over this matter and should dismiss as requested by Plaintiff. The statutory filing time under the IDEA is jurisdictional and a failure to file timely deprives the Court of jurisdiction over the appeal. See e.g. Carr v. Tesfaye, 229 F.3d 1192 (D.C. Cir. 2000).

Accordingly, since the Court lacks jurisdiction over the subject matter, it should not dismiss Plaintiffs' complaint with prejudice as requested by Defendant Hyde.

                                                Respectfully submitted,
                                                THE IWEANOGES' FIRM P.C.

                                                By:    /s/*JudeIweanoge*/s/
                                                        Jude C. Iweanoge
                                                        Federal District Building-Suite 600
                                                        1010 Vermont Avenue, NW
                                                        Washington, DC 20005
                                                        Phone: (202) 347-7026
                                                        Fax: (202) 347-7108
                                                        Email: jci@iweanogesfirm.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on 20th October 2006 a copy of the foregoing document was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will notify the Defendants through the court's e-file system.

                                                                                                       _____/s/_____
                                                                                                          Jude C. Iweanoge